**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: PARAGARD IUD PRODUCTS
LIABILITY LITIGATION

This document relates to:
  JENNIFER LEAH WADE

|  |  |
|---|---|
| | MDL DOCKET NO. 2974 |
| | 1:20-md-2974 |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:22-cv-04904 |
| TEVA PHARMACEAUTICALS USA, INC., et al, | |
| Defendants. | |

**J U D G M E N T**

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** for Plaintiff's failure to comply with lawful Orders of the Court.

Dated at Atlanta, Georgia, this 15th day of July, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/C. Pollard
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 15, 2026
Kevin P. Weimer
Clerk of Court

By: s/C. Pollard
     Deputy Clerk